STATE of Missouri,
Plaintiff/Respondent,

v.

Vernon M. HALLER,
Defendant/Appellant.

No. 60168.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 21, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 3, 1992.

William Bernard Haller, Ellisville, for defendant/appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of Assault in the First Degree, in violation of § 565.050 RSMo 1986.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

In re the Matter of T.W.S., G.L.S., J.A.E.S., and J.T.S., Minor Children.

No. 58475.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 4, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 3, 1992.

Andrew Koor, O'Fallon, John C. Maxwell, St. Charles, for appellants.

Leonard Cleavelin, St. Charles, for respondent.

John Richards, Troy, guardian ad litem.

ORDER

PER CURIAM.

Appellants appeal from the order of the Juvenile Court of Lincoln County, terminating their parental rights.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).